## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Criminal Case No.  06-cr-00440-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ANTHONY NATHANIEL BRISON,

    Defendant.

## MINUTE ORDER[1]

This will confirm that the sentencing hearing set in the above captioned matter is set for **April 13, 2007**, at 2:00 p.m.  The U.S. Marshal shall assure the defendant's appearance for this hearing.

Dated:  February 26, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.