# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Criminal Case No. 06-cr-00440-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ANTHONY NATHANIEL BRISON,

    Defendant.

---

## MINUTE ORDER[1]

---

    Due to the miscalculations by the court on setting a sentencing date, the sentencing hearing previously set for April 13, 2007, is **VACATED** and **RESET** to **May 18, 2007**, at 10:00 a.m. The U.S. Marshal shall assure the defendant's appearance for this hearing.

Dated: February 27, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.